# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| STEVE McARTHUR CONNELL, | : | |
| Plaintiff | : | |
| VS. | : | |
| DR. AJIBADE, *et al.*, | : | NO. 5:08-CV-99 (CAR) |
| Defendants | : | **RECOMMENDATION** |

Plaintiff **STEVE McARTHUR CONNELL**, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Accompanying his complaint is a request for a preliminary injunction (Tab # 4). In his motion, plaintiff seeks an injunction ordering the defendants to "provide plaintiff with medical care and treatment for Thyrotoxicosis, a life threatening disease."

A preliminary injunction is appropriate where the movant demonstrates that: (a) there is a substantial likelihood of success on the merits; (b) the TRO or preliminary injunction is necessary to prevent irreparable injury; (c) the threatened injury outweighs the harm that a TRO or preliminary injunction would cause to the non-movant; and (d) the TRO or preliminary injunction would not be averse to the public interest. ***Parker v. State Bd. of Pardons & Paroles***, 275 F.3d 1032, 1034-35 (11th Cir. 2001).

At this juncture, the facts have not been sufficiently developed to determine there is a substantial likelihood that plaintiff will ultimately prevail on the merits. Moreover, the defendants have not had an opportunity to respond to plaintiff's allegations. Accordingly, it is **RECOMMENDED** that plaintiff's motion for a preliminary injunction be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the district judge to whom this case is assigned, **WITHIN TEN (10) DAYS** after being served a copy of this order.

**SO RECOMMENDED**, this 23rd day of APRIL, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE