**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| STEVE MCARTHUR CONNELL, | : | |
| Plaintiff, | : | |
| vs. | : | 5:08-CV-99(CAR) |
| DR. AJIBADE et al., | : | |
| Defendants. | : | |

## *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc 7] that Plaintiff's Motion for Preliminary Injunction be denied. No objection to the Recommendation has been filed. Having considered the matter, the Court agrees with the Recommendation; therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 21st day of May, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

SSH