IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEVE MACARTHUR CONNELL,<br><br>      Plaintiff<br> VS.<br><br>CALIB AJIBADE, *et al.*,<br><br>      Defendants | NO. 5:08-CV-99 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION ON MOTION FOR VOLUNTARY DISMISSAL

  Plaintiff STEVE CONNELL has filed a Motion to Voluntarily Dismiss the above-styled case. Tab #22. Rule 41(a) of the Federal Rules of Civil Procedure permits a plaintiff to voluntarily dismiss his lawsuit without order of court provided he does so either prior to the filing of defensive pleadings by the adverse party *or* after obtaining a stipulation of dismissal signed by all parties who have appeared in the action. Absent complying with these two requirements, "an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." An answer has already been filed herein; no stipulation of dismissal has been filed. However, no objection to plaintiff's motion has been filed on behalf of the defendants.

  Accordingly, IT IS RECOMMENDED that plaintiff's motion be GRANTED and that the Clerk be DIRECTED to dismiss this case without prejudice and terminate any pending motions. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

  SO RECOMMENDED this 1st day of AUGUST, 2008.



                    CLAUDE W. HICKS, JR.
                    UNITED STATES MAGISTRATE JUDGE