# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **STEVE MACARTHER CONNELL,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:08-cv-99 (CAR) |
| | : | |
| v. | : | |
| | : | |
| **CALIB AJIBADE ET AL.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 23] that Plaintiff's Motion to Voluntarily Dismiss the above-styled case be granted and this case be dismissed without prejudice. Defendants have filed no objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. Plaintiff's Motion to Voluntarily Dismiss [Doc. 22] this action is GRANTED, and this case is hereby DISMISSED without prejudice.

**SO ORDERED**, this 12th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH